UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:02-cr-0169-12 (M/F) |
| | ) | |
| JOSEPH A. WAYT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Joseph A. Wayt's supervised released be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 4 months in the custody of the Attorney General or his designee. No supervised release will follow. The defendant will self-surrender upon designation by the Bureau of Prisons of the place of incarceration.

SO ORDERED this 07/27/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Larry Champion,
STEWART & IRWIN
Two Market Square Center
251 E. Ohio Street
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service